# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | MANUEL GENE & THELMA JEAN BETTENCOURT |
| **Case Number:** | 2:09-BK-32420-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 28, 2010 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

### Matter:

MOTION FOR RELIEF FROM STAY REAL PROPERTY, LOT 1, CHRISTOPHER CREEK, AZ 85541 FILED BY LISA S KASS OF FOLKS & O'CONNOR, PLLC ON BEHALF OF PRIME ASSET FUND, II, LLC .

R / M #:   38 / 0

### Appearances:

J. KENT MACKINLAY, ATTORNEY FOR MANUEL GENE BETTENCOURT, THELMA JEAN BETTENCOURT

### Proceedings:

CLERK:   CONTINUED TO MAY 25, 2010 AT 2:30 P.M.

Case 2:09-bk-32420-CGC    Doc 61    Filed 04/28/10    Entered 05/04/10 15:45:44    Desc
Main Document    Page 1 of 1

05/04/2010    3:45:33PM